JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAMES BOWELL, | Case No. 2:19-cv-07357-TJH-MAA |
| --- | --- |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARCUS POLLARD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 10, 2020

_____
TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE